IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00365-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **GUSTAVO BARELA-HOTOF**,

    Defendant.

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR THIRD POINT FOR ACCEPTANCE OF RESPONSIBILITY**

---

THIS MATTER came before the Court to be considered on the Motion of the United States to reduce the defendant's Offense Level by three (3) because the court has determined that Level is 16 or greater, and the defendant has otherwise satisfied the requirements of U.S.S.G. Section 3E1.1 (a) and (b).  the Court finds there are good grounds to grant the motion.  It is hereby

ORDERED that Government's Motion for Third Point for Acceptance of Responsibility (ECF Doc. No. 30), filed March 8, 2012, is **GRANTED.**  It is further

ORDERED that defendant is awarded a three level downward adjustment to his guideline range.

Dated:  March 14, 2012.

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL,
                          CHIEF UNITED STATES DISTRICT JUDGE